FILED

OCT 2 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

CHRISTOPHER MATTHEW KILLEBREW,

    Plaintiff,

vs.

MARIN COUNTY JAIL ET. AL,

    Defendant.

CASE NO. C 07 5386 PJH

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

Pro se

I, CHRISTOPHER KILLEBREW declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?     Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____ Net: _____N/A_____

Employer: _____N/A_____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____
4  _____
5  _____
6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8       a.   Business, Profession or                Yes ___ No  X
9            self employment
10      b.   Income from stocks, bonds,             Yes ___ No  X
11           or royalties?
12      c.   Rent payments?                         Yes ___ No  X
13      d.   Pensions, annuities, or                Yes ___ No  X
14           life insurance payments?
15      e.   Federal or State welfare payments,     Yes ___ No  X
16           Social Security or other govern-
17           ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.   Are you married?                           Yes ___ No  X
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____  Net $_____
27  4.   a.   List amount you contribute to your spouse's support:$ _____
28       b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home? Yes ____ No __X__

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? Yes ____ No __X__

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ____ No __X__ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No __X__ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No __X__

_____

8. What are your monthly expenses?

Rent: $ __N/A__ Utilities: __N/A__

Food: $ __N/A__ Clothing: __N/A__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.) **NO**

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

OCTOBER 9TH, 2007                    *Christopher M. Killebrew*
DATE                                 SIGNATURE OF APPLICANT

1
2                                         Case Number: _____
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                            **IN**
10                             **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of _CHRISTOPHER M. KILLEBREW_ for the last six months at
14                                    [prisoner name]
15 _HIGH DESERT STATE PRISON_ where (s)he is confined.
16       [name of institution]
17       I further certify that the average deposits each month to this prisoner's account for the most
18 recent 6-month period were $ ~~80~~ 0 and the average balance in the prisoner's account
                                                    22.58
19 each month for the most recent 6-month period was $ ___
       THE WITHIN INSTRUMENT IS A CORRECT
       COPY OF THE TRUST ACCOUNT MAINTAINED
       BY THIS OFFICE.
20     ATTEST:
       CALIFORNIA DEPARTMENT OF CORRECTIONS
21 Dated: 10/12/07                       BY _____
                                            TRUST OFFICE
22                                  [Authorized officer of the institution]
23
24
25
26
27
28

- 5 -

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           HIGH DESERT STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: APR. 01, 2007 THRU OCT. 12, 2007

ACCOUNT NUMBER : F33431                    BED/CELL NUMBER: FBB5T10000001090
ACCOUNT NAME   : KILLEBREW, CHRISTOPHER MATT    ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE  DESCRIPTION    COMMENT     CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----   ----  -----------    -------     ---------   --------   -----------   -------

04/01/2007   BEGINNING BALANCE                                                 22.50

04/05  FC01  DRAW-FAC 1     3451 B 1ST                            22.50        0.00
05/03  FR01  CANTEEN RETUR  603752                                22.50-      22.50
05/04  FC01  DRAW-FAC 1     3770 B 1ST                            22.50        0.00
06/04  FR01  CANTEEN RETUR  604113                                22.50-      22.50
06/04  FC01  DRAW-FAC 1     4106 B 1ST                            22.50        0.00

                              TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL        TOTAL         CURRENT     HOLDS     TRANSACTIONS
BALANCE      DEPOSITS     WITHDRAWALS   BALANCE     BALANCE   TO BE POSTED
---------    --------     -----------   -------     -------   ------------
  22.50        0.00          22.50        0.00        0.00        0.00

                                                      CURRENT
                                                     AVAILABLE
                                                      BALANCE
                                                     ---------
                                                        0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____  10/12/07
   TRUST OFFICE