October 30th, 2007          CASE NO. C07-5386 PJH

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

ATTN: Electronic Case Filing Program

FILED
07 NOV -2 PM 3:27
RICHARD H. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir,

My name is Christopher Killebrew and I am an inmate at High Desert State Prison which is located in Susanville, California.

At all California Prison there is no access to the internet on the computers in order for me to file this case throug E-Filing. This would mean I can not register with the Electronic Case Filing Program. I have to do all paperwork handwritten.

I have asked CDCR staff for copies of all of my write-ups out of my file to valid this filing of this suit from prison officials. CDCR staff did make copies of them but over half of the copies were incomplete or partials and inadmisable as evidence for this case. I brought it to CDCR staffs attention to no avail.

Sincerely,

Christopher Killebrew
Christopher Killebrew

HIGH DESERT STATE PRISON
CHRISTOPHER KILLEBREW
F33431 B5-109up
P.O. Box 3030
SUSANVILLE, CA. 96127-3030

LEGAL MAIL
ATTORNEY MAIL
CONFIDENTIAL MAIL

B5

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA
94102