UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


CHRISTOPHER M. KILLEBREW,

          Plaintiff,

  v.

MARIN COUNTY JAIL et al,

          Defendants.

_____/

Case Number: CV07-05386 PJH

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher M. Killebrew F33431
B5-109UP
P.O. Box 3030
Susanville, CA 96127-3030

Prison Trust Account Office
P.O. Box 3030
Susanville, CA 96127-3030

Finance


Dated: November 5, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk