PATRICK K. FAULKNER
COUNTY COUNSEL

JACK F. GOVI
ASSISTANT COUNTY COUNSEL

DOROTHY R. JONES
JAMES G. FLAGEOLLET
CHIEF DEPUTIES

COUNTY COUNSEL OF MARIN COUNTY

3501 Civic Center Drive, Suite 303
San Rafael, California 94903-5222

(415) 499-6117

FAX (415) 499-3796
TDD (415) 499-6172

MARI-ANN G. RIVERS
RENEE GIACOMINI BREWER
DAVID L. ZALTSMAN
MICHELE KENO
NANCY STUART GRISHAM
JENNIFER M. W. VUILLERMET
THOMAS F. LYONS
BYRON K. TOMA
STEPHEN R. RAAB
STEVEN M. PERL
PATRICK M. K. RICHARDSON
DEPUTIES

JEANINE MICHAELS
ADMINISTRATIVE ASSISTANT

July 29, 2008

Honorable Phyllis J. Hamilton
U.S. District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Christopher M. Killebrew v. William Hernandez
      Case No. CV-07-5386

Your Honor:

This office represents the County of Marin in the above civil rights action.

In your Order of Service in this action, you ordered that August 15, 2008, be the last day for defendants to file dispositive motions. However, Marin County Defendants were not served until July 22, 2008.

We therefore hereby request that we have sixty days from the date of service of the order to file a dispositive motion. I have taken the liberty of preparing and enclosing such an order should you grant this extension.

A copy of this letter and the proposed order have been served this date upon plaintiff.

Thank you.

Sincerely,

Renee Giacomini Brewer

RGB

Cc:   Christopher M. Killebrew

29693.doc