1  PATRICK K. FAULKNER, County Counsel
2  RENEE GIACOMINI BREWER, Deputy (SBN 173012)
   Suite 303, Civic Center
3  San Rafael, California 94903
   Telephone: (415) 499-6117
4  Fax: (415) 499-3796

5  ATTORNEYS FOR DEFENDANT
   WILLIAM HERNANDEZ
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 CHRISTOPHER M. KILLEBREW,        Case No. CV-07-5386 PJH (PR)

13                    Plaintiff,     [PROPOSED] ORDER EXTENDING TIME
                                     FOR DEFENDANTS TO FILE DISPOSITIVE
14 v.                                MOTIONS

15 WILLIAM HERNANDEZ,

16                    Defendant.

17

18  Good Cause appearing therefore, Schedule has been revised as follows:

19  Last day for Defendant William Hernandez to file dispositive motions – September 19,
20  2008.

21

22  It is so ordered.

23  Dated:_____, 2008
24

25                                   _____
                                     UNITED STATES DISTRICT JUDGE
26

27

28

PROPOSED ORDER                        1
Case No. C 03-4512 rMW (PR)