PATRICK K. FAULKNER, County Counsel
RENEE GIACOMINI BREWER, Deputy (SBN 173012)
Suite 303, Civic Center
San Rafael, California 94903
Telephone: (415) 499-6117
Fax: (415) 499-3796

ATTORNEYS FOR DEFENDANT
WILLIAM HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. KILLEBREW,<br><br>                Plaintiff,<br><br>v.<br><br>WILLIAM HERNANDEZ,<br><br>                Defendant. | Case No. CV-07-5386 PJH (PR)<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE DISPOSITIVE MOTIONS |

Good Cause appearing therefore, Schedule has been revised as follows:

Last day for Defendant William Hernandez to file dispositive motions – September 19, 2008.

It is so ordered.

Dated: August 4, 2008

_____
UNITED STATES

IT IS SO ORDERED
/s/ PJH
Judge Phyllis J. Hamilton